UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| KATHRYN BANASHAK, on behalf of | ) | |
| Plaintiff and the class members , | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:26-CV-250 |
| | ) | |
| ASHLEY BLAKE COLLINS, RED CYPRESS | ) | |
|  GROUP doing business as Valley Servicing, | ) | |
| doing business as Apex Servicing, | ) | |
| | ) | |
|   Defendants. | ) | |

**NOTICE & ORDER OF RULE 16 PRELIMINARY PRETRIAL CONFERENCE**

In accordance with Federal Rule of Civil Procedure 16, this cause is now set for an **Telephonic Preliminary Pretrial Conference on September 17, 2026 @ 10:30 a.m. Chicago/Hammond time)**, before the Honorable John E. Martin, United States Magistrate Judge, Hammond Division.

Parties are instructed to call 833-568-8864; enter Meeting ID 161 0956 8055; Push # to skip Participant ID; enter Passcode 815985. Parties are requested to dial in at least five minutes in advance of the conference start time.

Counsel and/or parties shall each indicate whether their clients are willing to consent to transfer this case to a Magistrate Judge for all purposes, including trial, by executing and submitting *either* the Consent to or Declination of the Exercise of Jurisdiction by a United States Magistrate form. The consent form can be executed and returned to the Clerk's Office by one of the following means: by email at hmdclerks@innd.uscourts.gov, by the United States mail, by personal delivery, or by orally consenting during the preliminary pretrial conference.  Pursuant

to General Order 2007-10, counsel or parties shall submit their consent forms not later than 20 days after the preliminary pretrial conference.

**At the conference counsel shall be prepared to address the following:**

**1.  A proposed Discovery Plan under Federal Rule of Civil Procedure 26(f) to be filed no later than five (5) business days prior to the pretrial conference.**  Counsel are directed to the court's website, https://www.innd.uscourts.gov/forms/CivilCaseFor ms for a suitable form of report and discovery plan ("Rpt of Parties' Planning Meeting").  At the conference the court will address those topics listed at Rule 16(b) and  (c).  Failure to timely file the report and proposed discovery plan may result in the imposition of sanctions in accordance with Rule 16(f).  At the conference, it  anticipated that the court will approve or modify the Report of Parties' Planning Meeting and set an appropriate case management schedule.

**2.  Consideration of the various forms of Alternative Dispute Resolution ("ADR"), including mediation.**  If mediation is selected, the parties shall identify the mediator and in the event counsel cannot agree on a mediator then the court will make the selection.  Counsel may review the list of mediators located on the court's website under http://www.innd.uscourts.gov/Mediation,  prior to the preliminary pretrial conference.

ENTERED this 11th day of August, 2026.

s/ JOHN E. MARTIN
United States Magistrate Judge

cc:    All counsel of record

2